Corning v. Gillman.

---

CORNING and others *vs.* GILLMAN.

Papers served by mail, under the 14th rule of the court of chancery, must be served by putting them into the post office at the place where the solicitor making the service resides.

THIS was an application to set aside an order taking the bill as confessed.

*M. B. Champlin*, for defendant, read an affidavit showing that within twenty days after the return day of the subpœna, the defendant's solicitor served upon the complainants' solicitor notice of his appearance, by putting the same into the post office at Rushville, Allegany county, properly enclosed in a wrapper, directed to the complainants' solicitor, at Albany, and paying the postage thereon. It appeared from the papers that the defendant's solicitor did not reside at Rushville, but at Cuba, in the same county.

*W. D. White*, for complainants.

The CHANCELLOR decided that under the 14th rule of the court, papers served by mail must be served by putting them

into the post office at the place where the solicitor making the service resides.

Motion ordered to stand over, with liberty to renew it.